**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ALEXANDER MISKAM,<br><br>              Plaintiff,<br><br>     v.<br><br>DOLLAR TREE STORES,<br><br>              Defendant. | Case № 2:15-cv-07440-ODW(AFM)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On October 20, 2015, this Court granted Defendant's Motion to Dismiss. (ECF No. 19.) As discussed in the Order, Plaintiff Miskam failed to file an opposition to Defendant's Motion to Dismiss, and Plaintiff's failure to oppose may therefore be deemed consent to the granting of Defendants' Motion. *Enders v. Countrywide Home Loans, Inc.*, No. C 09-3213SBA, 2009 WL 4018512, at *2 (N.D. Cal. Nov. 16, 2009) ("The Ninth Circuit has held that the failure to file an opposition to a motion to dismiss is grounds for granting the motion." (quoting *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995)).

This Court dismissed the action without prejudice, and gave Plaintiff until November 2, 2015 to file an amended complaint and revive the action. (ECF No. 19.) No such amended complaint was filed, and therefore the Court **DISMISSES the action WITH PREJUDICE**.

**IT IS SO ORDERED.**

November 4, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**